FILED
JUL 17 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /p/  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINLOR,<br>        Plaintiff,<br>v.<br>CHASE BANKCARD SERVICES, INC.;<br>CHASE BANK USA, NA,<br>        Defendants. | Case No.: 17cv5-WQH(KSC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR A SUBPOENA**<br><br>[Doc. No. 50] |

Before the Court is plaintiff's Motion for Subpoena Under Rule 45 for Document Production at Deposition of Defendants. [Doc. No. 50.] Plaintiff is proceeding in this action *pro se*. In his Motion for Subpoena Under Rule 45, plaintiff requests that the Court issue "the attached subpoena *duces tecum*" pursuant to Rule 45, so that plaintiff can serve the subpoena on counsel for defendants. Plaintiff states that the subpoena seeks documents previously requested from defendants "almost 4 months ago under Rule 26" that have not yet been produced. [Doc. No. 50, at p. 4.]

"Rule 45 of the Federal Rules of Civil Procedure governs discovery of ***non-parties*** by subpoena. Fed. R. Civ. P. 45." *Del Campo v. Kennedy*, 236 F.R.D. 454, 457 (N.D. Cal. 2006) (emphasis added). To the extent plaintiff seeks documents from defendants,

1

he must do so pursuant to Federal Rule of Civil Procedure 34, which states in part as follows: "A party may serve on any other party a request within the scope of Rule 26(b): (1) to produce and permit the requesting party or its representative to inspect, [or] copy . . . the following items in the responding party's possession, custody, or control: (A) any designated documents . . . ." Fed.R.Civ.P. 34 (a)(1)(A). In other words, it is unnecessary for the Court to issue a subpoena *duces tecum*, because plaintiff seeks production of documents from defendants, who are parties to the action. To the extent plaintiff seeks documents from defendants, he must do so by serving defendants' counsel with a Rule 34 request for production of documents. Accordingly, the Court finds that plaintiff's request for the Court to issue "the attached" Rule 45 subpoena must be DENIED.

IT IS SO ORDERED.

Dated: July 16, 2018

Hon. Karen S. Crawford
United States Magistrate Judge